THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0033-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| VLADIMIR Y. KOZUB, aka LAPA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue the pretrial motions deadline (Dkt. No. 13). Finding good cause, the motion is GRANTED. Pretrial motions may be filed in this matter through April 2, 2021. All other deadlines remain unchanged.

DATED this 12th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk