|  |  |
|---|---|
|  | The Hon. John C. Coughenour |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VLADIMIR Y. KOZUB,<br><br>Defendant,<br><br>And,<br><br>HARRY F. BORER,<br><br>Third-Party Claimant. | No. CR21-033-JCC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SETTLING THIRD-PARTY<br>CLAIM TO FIREARM**<br><br>NOTED FOR CONSIDERATION:<br><br>February 25 16, 2022 |

The United States and Third-Party Claimant Harry F. Borer present the following stipulation and proposed order to settle the interest Mr. Borer has asserted in the .45 caliber Colt pistol (Serial Number CJ12733) that was forfeited by the Defendant in this case.

### I.   RELEVANT PROCEDURAL FACTS

The Defendant in this case agreed to forfeit the above-identified pistol pursuant to the plea he entered on August 12, 2021 (Dkt. No. 26). Prior to the Defendant's sentencing, the Court entered a Preliminary Order of Forfeiture forfeiting the Defendant's interest in this pistol (Dkt. No. 31). Thereafter, as required by 21 U.S.C. § 853(n)(1) and

Stipulation and Order Settling Third-Party Claim to Firearm - 1
*U.S. v. Kozub*, CR21-033-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the Preliminary Order of Forfeiture and the government's intent to dispose of the pistol in accordance with governing law.  Dkt. No. 36.  That notice informed any third parties claiming an interest in the pistol that they were required to file a petition with the Court within 60 days of the notice's first publication on October 19, 2021.  *Id.*  As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States also sent notice and a copy of the Preliminary Order to Mr. Borer, as he appeared to be a potential claimant based on the underlying investigative material.

Mr. Borer submitted a timely claim to the pistol on February 7, 2022, which was filed on the docket on February 11, 2022.  Dkt. No. 41.  In his claim, Mr. Borer asserts that he is the rightful owner of the pistol.  *Id.*  No competing claims to the pistol have been filed, and the period for doing so is to expire on February 23, 2021.

## II.  STIPULATION

The United States and Mr. Borer HEREBY STIPULATE to the following facts:

1. In support of his claim, Mr. Borer asserts he purchased the pistol from Big "R" in Billings, Montana on May 29, 1996.  In support of his claim, Mr. Borer provided a copy of the original purchase receipt.

2. The information provided by Mr. Borer is consistent with information contained on the firearms trace report for the pistol prepared by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").  The firearms trace report confirms Mr. Borer was the last individual to purchase the pistol from a Federal Firearms Licensee ("FFL") and further confirms that the FFL was Shiptons Big R, in Billings, Montana.

3. United States Department of Justice, Drug Enforcement Administration ("DEA"), has confirmed that Mr. Borer has no identifiable criminal history that would preclude him from possessing a firearm at this time.

4. Mr. Borer affirms that neither he nor any person living in his residence is prohibited from possessing a firearm.

Stipulation and Order Settling Third-Party Claim to Firearm - 2
*U.S. v. Kozub*, CR21-033-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. Based on the information and affirmations reflected in Paragraphs 1–4, the United States agrees that Mr. Borer had a vested interest in the pistol, pursuant to 21 U.S.C. § 853(n)(6)(A), before the defendant in this case possessed it.

6. The United States recognizes Mr. Borer's vested interest in the pistol and agrees the government will return the firearm to Mr. Borer following the criminal proceedings in this case, to include any criminal appeal. The seizing agency, DEA, will effect the return of the pistol to Mr. Borer.

7. Mr. Borer understands the pistol constitutes evidence in this case and cannot be returned prior to the completion of these criminal proceedings, to include any criminal appeal.

8. Mr. Borer understands and agrees the pistol will be returned to him in its current condition, as it was seized from the defendant in this case.

9. Mr. Borer understands and agrees that this Stipulation fully and finally resolves his claim to the pistol. Mr. Borer waives any right to further litigate or pursue his claim, in this or any other proceeding, judicial or administrative.

10. Upon return of the pistol, Mr. Borer agrees to release and hold harmless the United States, its agents, representatives, and/or employees, as well as any involved state or local law enforcement agencies, their agents, representatives, and/or employees, from any and all claims Mr. Borer may possess, or that could arise, based on the seizure, detention, and return of the firearm.

11. The United States and Mr. Borer agree they will each bear their own costs and attorneys' fees associated with the seizure, detention, and return of the pistol, as well as with Mr. Borer's claim and this Stipulation.

12. The United States and Mr. Borer agree the terms of this Stipulation are subject to review and approval by the Court, as provided in the proposed Order below. If the Court enters the proposed Order, a violation of any term or condition of this Stipulation shall be construed to be a violation of that Order.

Stipulation and Order Settling Third-Party Claim to Firearm - 3
*U.S. v. Kozub*, CR21-033-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

DATED: February 16, 2022

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

DATED: February 16, 2022

*s/Harry F. Borer*
HARRY F. BORER
Third-Party Claimant
31920 Riverview Dr.
Parker, AZ 85344
(619) 994-3295
mhborer@gmail.com

Stipulation and Order Settling Third-Party Claim to Firearm - 4
*U.S. v. Kozub*, CR21-033-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## [~~PROPOSED~~] ORDER

The Court has reviewed the above Stipulation between the United States and Third-Party Claimant Harry F. Borer, which settles the interest Mr. Borer has asserted in the 45 caliber Colt pistol (Serial Number CJ12733), Dkt. No. 41, which has already been forfeited by the defendant in this case, Dkt. No. 31. The Court HEREBY APPROVES the Stipulation and its terms.

IT IS SO ORDERED.

DATED this 17th day of February 2022.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Stipulation and Order Settling Third-Party Claim to Firearm - 5
*U.S. v. Kozub*, CR21-033-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, I electronically filed the foregoing Stipulation and [Proposed] Order with the Clerk of the Court using CM/ECF system, which automatically serves the parties of record. On this same date, I also served a copy on Third-Party Claimant Harry F. Borer via U.S. mail and electronic mail to:

HARRY F. BORER
Third-Party Claimant
31920 Riverview Dr.
Parker, AZ 85344
mhborer@gmail.com

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Hannah.Williams2@usdoj.gov

Stipulation and Order Settling Third-Party Claim to Firearm - 6
*U.S. v. Kozub*, CR21-033-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970